ERIC MECKLEY (SBN 168181)
JENNIFER SVANFELDT (SBN 233248)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA 94105
Tel.: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS (SBN 212975)
JASON M. STEELE (SBN 223189)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501

*Attorneys for Plaintiff*
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization; RICHARD MEAD, President of Local 10; MIKE VILLEGGIANTE, Vice President of Local 10; and FARLESS DAILEY, Secretary-Treasurer of Local 10.<br><br>　　　　　　Defendants. | Case No. CV 10-4104 SI<br><br>**STIPULATION AND PROPOSED ORDER ENFORCING ARBITRATION AWARD AND DISMISSING ACTION** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22089814.1

STIPULATION AND PROPOSED ORDER
C 10-4104 SI

**STIPULATION**

All parties, through their counsel of record, stipulate as follows:

This is an action to confirm and enforce a labor arbitration award under Section 301 of the Labor Management Relations Act of 1947. All parties agree that the award (attached hereto as Exhibit A) should be confirmed and enforced, and that this action should be dismissed with prejudice.

Dated: December 8, 2010                    MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Jason M. Steele
    Jason M. Steele
    Attorneys for Plaintiff
    PACIFIC MARITIME ASSOCIATION

Dated: December 8, 2010                    LEONARD CARDER LLP


By  /s/ Eleanor Morton
    Eleanor Morton
    Attorneys for Defendants
    INTERNATIONAL LONGSHORE AND
    WAREHOUSE UNION, LOCAL 10,
    RICHARD MEAD, MIKE
    VILLEGGIANTE, and FARLESS
    DAILEY

**ORDER**

Based on the foregoing stipulation of the parties, the Court orders that the Coast Arbitrator's September 12, 2010 arbitration award (attached hereto as Exhibit A) is hereby CONFIRMED and ENFORCED. This action is DISMISSED with prejudice.

Dated: _____                    _____
                                              Hon. Susan Illston
                                              U.S. District Judge

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1

STIPULATION AND PROPOSED ORDER
C 10-4104 SI

IN ARBITRATION PROCEEDINGS PURSUANT TO THE
COLLECTIVE BARGAINING AGREEMENT BETWEEN THE PARTIES

| | | |
|---|---|---|
| INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, | ] ] | C-09-2010 |
| | ] | ORDER |
| Union, | ] | of |
| and | ] | |
| | ] | JOHN KAGEL |
| PACIFIC MARITIME ASSOCIATION, | ] | Coast Arbitrator |
| Employer. | ] | September 12, 2010 |
| | ] | Palo Alto, California |
| Re: Employers request to affirm awards | ] | |

APPEARANCES:

    For the Employers: Rich Marzano, PMA

    For the Union: No appearance

BACKGROUND:

    In NCAA-35-2010 of this date Area Arbitrator Lane decided:

"1.    ILWU Local 10 Officials and members are in violation of Sections 11.1, 11.2, and 11.3 for failing to go to work at 8:00 a.m.

2.    The longshoremen ordered for 8:00 a.m. shall immediately turn to and work as directed by the employer.

3.    There is no stand-by time payable to the longshoremen ordered for the 8:00 a.m. start."

1

In NCAA-36-2010, later this morning, he decided:

"ILWU Local 10 Officials and members are guilty of failing to implement Decision NCAA-035-2010, in accordance with Section 17.57, when the longshoremen ordered for the 8:00 a.m. start did not turn to, in accordance with that Decision.

The local grievance machinery has stalled and failed to work as described in Section 17.282."

PMA has represented that efforts to contact the Union members of the CLRC have been unavailing.

ORDER

Until and unless the Union requests reconsideration of this order, after conferring with the Employers, and a telephonic hearing is held, NCAA-35-2010 and NCAA-36-2010 are affirmed and shall be in force for all purposes.

This order is considered as served by email the same as if in typescript and signed by the Coast Arbitrator.

SO ORDERED

_____s/ John Kagel_____

Coast Arbitrator

ERIC MECKLEY (SBN 168181)
JENNIFER SVANFELDT (SBN 233248)
MORGAN, LEWIS & BOCKIUS LLP
One Market Street
San Francisco, CA  94105
Tel.: 415.442.1000
Fax: 415.442.1001

CLIFFORD D. SETHNESS (SBN 212975)
JASON M. STEELE (SBN 223189)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel.: 213.612.2500
Fax: 213.612.2501

*Attorneys for Plaintiff*
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARITIME ASSOCIATION, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>INTERNATIONAL LONGSHORE AND WAREHOUSE UNION, LOCAL 10, an unincorporated labor organization; RICHARD MEAD, President of Local 10; MIKE VILLEGGIANTE, Vice President of Local 10; and FARLESS DAILEY, Secretary-Treasurer of Local 10.<br><br>　　　　　Defendants. | Case No. CV 10-4104 SI<br><br>**STIPULATION AND PROPOSED ORDER ENFORCING ARBITRATION AWARD AND DISMISSING ACTION** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22089814.1

STIPULATION AND PROPOSED ORDER
C 10-4104 SI

**STIPULATION**

All parties, through their counsel of record, stipulate as follows:

This is an action to confirm and enforce a labor arbitration award under Section 301 of the Labor Management Relations Act of 1947. All parties agree that the award (attached hereto as Exhibit A) should be confirmed and enforced, and that this action should be dismissed with prejudice.

Dated: December 8, 2010         MORGAN, LEWIS & BOCKIUS LLP


By  /s/ Jason M. Steele
    Jason M. Steele
    Attorneys for Plaintiff
    PACIFIC MARITIME ASSOCIATION

Dated: December 8, 2010         LEONARD CARDER LLP


By  /s/ Eleanor Morton
    Eleanor Morton
    Attorneys for Defendants
    INTERNATIONAL LONGSHORE AND
    WAREHOUSE UNION, LOCAL 10,
    RICHARD MEAD, MIKE
    VILLEGGIANTE, and FARLESS
    DAILEY

**ORDER**

Based on the foregoing stipulation of the parties, the Court orders that the Coast Arbitrator's September 12, 2010 arbitration award (attached hereto as Exhibit A) is hereby CONFIRMED and ENFORCED. This action is DISMISSED with prejudice.

Dated: _____

_____
Hon. Susan Illston
U.S. District Judge